UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RAYMMON SHUMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV419-055 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff has sued two companies seeking to set aside a foreclosure and to recover for violations of the Fair Debt Collection Practices Act and Federal Dual Tracking. Doc. 1. Plaintiff seeks leave to proceed *in forma pauperis* (IFP).

While a plaintiff need not be absolutely destitute in order to proceed IFP, *Adkins v. E.I. Dupont de Nemours*, 335 U.S. 331, 339 (1948), the fact that financing his own litigation may cause some difficulty is not sufficient to relieve plaintiff of the obligation to pay his own way where it is possible to do so without undue hardship. *Id.* at 339-40. On his IFP application, plaintiff states that his gross pay is $1,200 a week and his take home pay is $980 per week. Doc. 2 at 1. He has $3,500 in his checking account and

owns three cars.  *Id.* at 2.  He lists no debt, and bills totalling $856 per month.  In short, he appears more than capable of paying the Court's $400 filing fee without undue hardship.  As a result, his request to proceed IFP should be **DENIED**.

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648

F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

    **SO REPORTED AND RECOMMENDED**, this <u>8th</u> day of March, 2019.

                                                    */s/ Christopher L. Ray*
                                                    Christopher L. Ray
                                                    United States Magistrate Judge
                                                    Southern District of Georgia