IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAYMMON SHUMAN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-055
)
FIRST GUARANTY MORTGAGE )
CORPORATION and ROUNDPOINT )
MORTGAGE SERVICING CORPORATION, )
)
    Defendants. )
)

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED** and Plaintiff is not permitted to proceed in forma pauperis.

SO ORDERED this 18th day of April 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA