# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RAYMMON R. SHUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-055 |
| | ) | |
| FIRST GUARANTY MORTGAGE CORP., | ) | |
| ROUNDPOINT MORTGAGE SERVICING | ) | |
| CORP, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants' motions to stay the case (docs. 15 & 17) pending resolution of the motion to dismiss for lack of jurisdiction (*see* docs. 14 & 16, pending before the District Judge), which are unopposed, are **GRANTED**. *See* S.D. Ga. L. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion.").

**SO ORDERED,** this  10th  day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA