IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAYMMON R. SHUMAN,                  )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )         CASE NO. CV419-055
                                    )
FIRST GUARANTY MORTGAGE             )
CORPORATION, ROUNDPOINT             )
MORTGAGE SERVICING CORPORATION,     )
R.H. LENDING, and DOES 1-5,         )
                                    )
        Defendants.                 )
_____)

## O R D E R

Before the Court is the Magistrate Judge's October 13, 2022, Report and Recommendation (Doc. 48), to which Plaintiff has not filed objections. After a careful review of the record,[1] the report and recommendation (Doc. 48) is **ADOPTED** as the Court's opinion in this case. Plaintiff's amended complaint (Doc. 33) is **DISMISSED**. Plaintiff's motion for leave to file a second amended complaint (Doc. 37) is **DENIED**. Defendant First Guaranty Mortgage Corporation's Motion to Dismiss Plaintiff's Amended Complaint

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

(Doc. 34) and Defendant Roundpoint Mortgage Servicing Corporation's Motion to Dismiss Plaintiff's Amended Verified Complaint (Doc. 35) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this ___7th___ day of November 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA